## Payslip
### Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Jonathan C. Miller
323 N. 42nd St.
Philadelphia, PA 19104
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Fox St Facility |
| Payperiod Ending | 2026/06/14 |
| Date Payable | 2026/06/18 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 63.50 | 1,462.59 | Federal Tax | 113.08 | 1,893.82 |
| IOD 100 Pct | 12.50 | 287.92 | Social Security | 109.96 | 1,615.14 |
| Emergency Comp Used | 1.00 | 23.04 | Medicare | 25.71 | 377.73 |
| | | | PA State Tax | 54.45 | 799.76 |
| | | | Philadelphia | 66.33 | 974.29 |
| | | | PA Unemployment | 1.25 | 18.24 |
| Gross Current Earnings | | 1,773.55 | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Pen Plan S16 | 82.47 | 1,153.80 |
| | | | Def Comp Flat | 50.00 | 650.00 |
| Gross Retro Earnings | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 1,773.55 | 26,050.61 | Def Comp Flat Roth | 50.00 | 650.00 |
| Net Earnings | 1,186.30 | 17,395.83 | Union DC33 PAC | 4.00 | 52.00 |
| | | | Union Dues | 30.00 | 380.00 |

### Accruals

**Net Entitlement**

The Accrual Balances below are effective as of the pay period ending shown. Any leave taken on this pay slip. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 1,153.80 | 3,161.70 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 50.18 |
| Special Comp | 0.00 |
| Vacation | 82.75 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**

Page 1

**Earnings and Deductions**

CITY OF PHILADELPHIA

Jonathan C. Miller
323 N. 42nd St. .
Philadelphia, PA 19104
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Fox St Facility |
| Payperiod Ending | 2026/05/31 |
| Date Payable | 2026/06/05 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 44.10 | 1,015.76 | Federal Tax | 112.25 | 1,780.74 |
| Excused Time | 4.00 | 92.13 | Social Security | 109.47 | 1,505.18 |
| IOD 100 Pct | 8.90 | 205.01 | Medicare | 25.60 | 352.02 |
| Certified Sick | 11.50 | 264.88 | PA State Tax | 54.20 | 745.31 |
| Holiday Cash | 7.50 | 172.75 | Philadelphia | 66.03 | 907.96 |
| Legal Aid | 0.00 | 15.00 | PA Unemployment | 1.23 | 16.99 |
| Gross Current Earnings | | 1,765.53 | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Pen Plan S16 | 81.40 | 1,071.33 |
| | | | Def Comp Flat | 50.00 | 600.00 |
| Gross Retro Earnings | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 1,765.53 | 24,277.06 | Def Comp Flat Roth | 50.00 | 600.00 |
| Net Earnings | 1,166.35 | 16,209.53 | Union DC33 PAC | 4.00 | 48.00 |
| | | | Union Dues | 30.00 | 350.00 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan S16 | 1,071.33 | 3,079.23 |

The Accrued Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Family Support | 0.00 |
| Emergency Comp | 1.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 50.18 |
| Special Comp | 0.00 |
| Vacation | 82.75 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

Page 1

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Jonathan C. Miller
323 N. 42nd St.
Philadelphia, PA 19104
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Fox St Facility |
| Payperiod Ending | 2026/05/17 |
| Date Payable | 2026/05/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 69.20 | 1,593.86 | Federal Tax | 117.03 | 1,668.49 |
| IOD 100 Pct | 1.80 | 41.46 | Social Security | 112.10 | 1,395.71 |
| Certified Sick | 7.50 | 172.75 | Medicare | 26.22 | 326.42 |
| | | | PA State Tax | 55.51 | 691.11 |
| | | | Philadelphia | 67.62 | 841.93 |
| | | | PA Unemployment | 1.27 | 15.76 |
| Gross Current Earnings | | 1,808.07 | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Retro Certified Si | 7.50 | 172.75 | Pen_Plan S16 | 84.08 | 989.93 |
| Retro Uncertified | -7.50 | -172.74 | Def Comp Flat | 50.00 | 550.00 |
| Gross Retro Earnings | | 0.01 | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 1,808.08 | 22,511.53 | Def Comp Flat Roth | 50.00 | 550.00 |
| Net Earnings | 1,210.25 | 15,043.18 | Union DC33 PAC | 4.00 | 44.00 |
| | | | Union Dues | 30.00 | 320.00 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan S16 | 989.93 | 2,997.83 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 1.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 61.68 |
| Special Comp | 0.00 |
| Vacation | 82.75 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Jonathan C. Miller
323 N. 42nd St.
Philadelphia, PA 19104
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Fox St Facility |
| Payperiod Ending | 2026/05/03 |
| Date Payable | 2026/05/08 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 71.00 | 1,635.32 | Federal Tax | 150.76 | 1,551.46 |
| Uncertified Sick | 7.50 | 172.75 | Social Security | 130.32 | 1,283.61 |
| Overtime 1_5 | 8.00 | 276.39 | Medicare | 30.48 | 300.20 |
| Legal Aid | 0.00 | 15.00 | PA State Tax | 64.53 | 635.60 |
| Third Shift | 1.00 | 2.60 | Philadelphia | 78.62 | 774.31 |
| | | | PA Unemployment | 1.47 | 14.49 |
| Gross Current Earnings | | 2,102.06 | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Retro Certified Si | 7.50 | 172.75 | Pen_Plan S16 | 97.05 | 905.85 |
| Retro Uncertified | -7.50 | -172.74 | Def Comp Flat | 50.00 | 500.00 |
| Gross Retro Earnings | | 0.01 | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 2,102.07 | 20,703.45 | Def Comp Flat Roth | 50.00 | 500.00 |
| Net Earnings | 1,399.84 | 13,832.93 | Union DC33 PAC | 4.00 | 40.00 |
| | | | Union Dues | 30.00 | 290.00 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan S16 | 905.85 | 2,913.75 |

The accrual balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 1.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 59.80 |
| Special Comp | 0.00 |
| Vacation | 76.50 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Jonathan C. Miller
323 N. 42nd St.
Philadelphia, PA 19104
US

| | |
|---|---|
| Employee Number | |
| Department | PWD Water |
| Location | Pwd - Fox St Facility |
| Payperiod Ending | 2026/04/19 |
| Date Payable | 2026/04/24 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 64.00 | 1,474.08 |
| Certified Sick | 7.50 | 172.75 |
| Uncertified Sick | 7.50 | 172.75 |
| **Gross Current Earnings** | | **1,819.58** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 118.35 | 1,400.70 |
| Social Security | 112.82 | 1,153.29 |
| Medicare | 26.38 | 269.72 |
| PA State Tax | 55.86 | 571.07 |
| PA Unemployment | 1.27 | 13.02 |
| Philadelphia | 68.05 | 695.69 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Certified Si | 15.00 | 345.50 |
| Retro Uncertified | -15.00 | -345.48 |
| **Gross Retro Earnings** | | **0.02** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 84.61 | 808.80 |
| Def Comp Flat | 50.00 | 450.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,819.60 | 18,601.38 |
| Net Earnings | 1,218.26 | 12,433.09 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 50.00 | 450.00 |
| Union DC33 PAC | 4.00 | 36.00 |
| Union Dues | 30.00 | 260.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Family Support | 0.00 |
| Emergency Comp | 1.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 67.30 |
| Special Comp | 0.00 |
| Vacation | 76.50 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 808.80 | 2,816.70 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**