# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Jonathan C. Miller,

                     Debtor.

Case No. 26-12660-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on July 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 29, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

Bank of America
Attn: Bankruptcy
4909 Savarese Circle Tampa, FL
33634

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Discovercard
Po Box 30939
Salt Lake City, UT 84130

Fst Premier
3820 N Louise Avenue Sioux Falls,
SD 57107

**Global Lending Services
LLC**
1200 Brookfield Blvd Ste 300
Greenville, SC 29607-6583

**Hayt Hayt & Landau LLC**
Meridian Center 1
2 Industrial Way W
Eatontown, NJ 07724-2265

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Navy Federal Cr Union**
820 Follin Lane Se Vienna, VA
22180

**Pennsylvania Dept. of
Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Weltman, Weinberg &
Reis Co., LPA –
Philadelphia**
Attn: Bankruptcy
520 Walnut St Suite 1355
Philadelphia, PA 19106