United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-12660-djb
Jonathan C. Miller Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: 155 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan C. Miller, 323 N 42nd St, Philadelphia, PA 19104-2237 |
| 15156705 | + | Weltman, Weinberg & Reis Co., LPA - Philadelphia, Attn: Bankruptcy, 520 Walnut St Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15156696 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 18 2026 00:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15174696 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 18 2026 00:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15156697 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2026 00:53:14 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15156698 | + | Email/Text: mrdiscen@discover.com | Sep 18 2026 00:44:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15156699 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 18 2026 00:53:21 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15156700 | | Email/Text: bankruptcy@glsllc.com | Sep 18 2026 00:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 15172773 | | Email/Text: bankruptcy@glsllc.com | Sep 18 2026 00:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15156701 | ^ | MEBN | Sep 18 2026 00:40:58 | Hayt Hayt & Landau LLC, Meridian Center 1, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 15156702 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2026 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15170802 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2026 00:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15165743 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 18 2026 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15156703 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 18 2026 00:45:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15166436 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 18 2026 00:45:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 15156704 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2026 00:45:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jonathan C. Miller help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jonathan C. Miller | ) | Case No. 26−12660−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 17, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court